**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America, )
                                )
       Plaintiff, )
                                )
vs. )
 )
 )
ANDREW CANTWELL, )
 )
       Defendant. )
 )
 )

06-04131MP-001-PCT-MEA

**ORDER**

The defendant appeared in court and admitted to violating all conditions of probation as contained in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his unsupervised probation.

IT IS ORDERED reinstating the defendant on unsupervised probation subject to the previously ordered conditions.  In addition, the following conditions are imposed:

1.  You shall abide by all your Oregon deferred prosecution conditions.

IT IS FURTHER ORDERED that your unsupervised probation is extended to August 21, 2008.

DATED this 11th day of October, 2007.

_____
Mark E. Aspey
United States Magistrate Judge